IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

Goldi Y. Capalungan

    Petitioner,

vs.

Emmanuel R. Lee

    Respondent.

Case No. 2:18-cv-01276

Judge Smith

Magistrate Jolson

**RESPONDENT'S NOTICE OF SUBMISSION OF EXHIBITS TO ANSWER FOR THE RETURN OF CHILD PURSUANT TO THE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION**

Now comes the Respondent, Emmanuel R. Lee, and by and through his Counsel, hereby submits the following exhibits to the Answer for the Return of the Child to Australia Pursuant to the Convention on the Civil Aspects of International Child Abduction Done at the Hague Convention being filed contemporaneously with this Notice:

1. Exhibit 1
2. Exhibit 2
3. Exhibit 3
4. Exhibit 4

Respectfully submitted,

/s/  Richard B. Parry

Richard B. Parry  (0064777)
Attorney for Respondent
341 South Third Street, Suite 100
Columbus, Ohio  43215
(614)288-3582  phone
parrylaws@yahoo.com