**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GOLDI Y. CAPALUNGAN,**

      **Petitioner,**

  v.                                   **Civil Action 2:18-cv-1276
Judge George C. Smith
Magistrate Judge Kimberly A. Jolson**

**EMMANUEL R. LEE,**

      **Respondent.**

## ORDER

The Court **SETS** an in-person status conference with the parties' counsel for Tuesday, November 20, 2018 at 3:00 PM.  At that time, counsel is directed to report to Magistrate Judge Kimberly A. Jolson's chambers at the Joseph P. Kinneary U.S. Courthouse, Room 235, 85 Marconi Boulevard, Columbus, OH 43215.  Courts are required to decide cases under the Hague Convention "as expeditiously as possible." *Chafin v. Chafin*, 568 U.S. 165, 179 (2013).  To that end, counsel should be prepared to discuss a case schedule, including the parties' positions on discovery, motion practice, and an expedited date for trial.

    IT IS SO ORDERED.

Date:  November 16, 2018                              /s/ Kimberly A. Jolson
                                                                  KIMBERLY A. JOLSON
                                                                   UNITED STATES MAGISTRATE JUDGE