# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GOLDI Y. CAPALUNGAN,**

      Petitioner,

   v.                                  **Civil Action 2:18-cv-1276**
                                             **Judge George C. Smith**
**EMMANUEL R. LEE,**                       **Magistrate Judge Kimberly A. Jolson**

      Respondent.

## ORDER

On November 20, 2018, the held an in-person status conference with counsel for the parties. The Court directed the parties to meet and confer to resolve certain outstanding issues and to file a joint status report on December 4, 2018. In their joint status report, the parties are directed to address:

- The parties' positions regarding resolving this dispute through mediation or other means of ADR;

- The parties' positions concerning the translation of documents;

- A deposition schedule;

- The status of any written discovery;

- The need for any expert testimony; and

- A brief summary of any issues the parties cannot resolve through the meet and confer process.

After receipt of the joint status report, the Court will enter an order setting a trial in this matter.

     IT IS SO ORDERED.

Date: November 21, 2018                            /s/ Kimberly A. Jolson
                                                                 KIMBERLY A. JOLSON
                                                                  UNITED STATES MAGISTRATE JUDGE