# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GOLDI Y. CAPALUNGAN,**

    **Petitioner,**

    v.                                   **Civil Action 2:18-cv-1276**
                                            **Judge George C. Smith**
                                            **Magistrate Judge Kimberly A. Jolson**

**EMMANUEL R. LEE,**

    **Respondent.**

## ORDER

On December 10, 2018, the held a telephonic status conference with counsel for the parties. The Court directed the parties to meet and confer to resolve certain outstanding issues and to file a joint status report on December 17, 2018.  In their joint status report, the parties are directed to address: (1) whether they have been able to engage a translator, and (2) the parties' availability for trial in February 2019.  After receipt of the joint status report, the Court will enter an order setting a trial in this matter.

    IT IS SO ORDERED.

Date:  December 10, 2018                           /s/ Kimberly A. Jolson
                                                  KIMBERLY A. JOLSON
                                                  UNITED STATES MAGISTRATE JUDGE