IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GOLDI Y. CAPALUNGAN :

    Petitioner, :   Case No.:   2:18-cv-1276
                                Judge:     Smith
vs. :   Magistrate Judge:   Jolson

EMMANUEL R. LEE :

    Respondent. :

## JOINT STATUS REPORT

On the 11th day of December 2018 this Court directed Counsel for the Petitioner and Respondent to confer and resolve the following issues: (i) whether to engage a translator; and (ii) the parties' availability for trial in February 2019. In that Order, the Court also directed that Counsel file with the Court a joint status report wherein Counsel would address these two outstanding issues. Counsel for the Petitioner and Counsel for the Respondent hereby submit the following joint status report regarding the two issues addressed in the Order issued by the Court on December 10, 2018.

    **A.**   **Translation of Disputed Documents**

        1.   The parties are in agreement that translation of text messages that the Respondent alleges were translated incorrectly from Tagalog to English will be performed by Translation & Multimedia Services.

        2.   The parties agree to evenly share the costs of the translation.

        3.   The parties submit that it will take 7 to 9 business days to translate the documents upon payment of the required cost.

B.  **Parties' Availability for Trial**

   1. Counsel for Petitioner submits that he is not available for the commencement of the trial in this matter during the first two weeks of February 2019 due to previously scheduled trials. However, Counsel for Petitioner is available for trial on either February 20th, or February 27th and February 28, 2019. Counsel for Petitioner requests that the Court allow the case to be scheduled on these 3 dates if those dates are available for the Court and Counsel for Respondent.

   2. Counsel for Respondent submits that he is available for commencement of the trial for the first two weeks of February 2019.

RESPECTFULLY SUBMITTED:

_____
Gary J. Gottfried ( 0002916)
Attorney for Petitioner
608 Office Parkway Suite B
Westerville, Ohio 43082
614-297-1211
Gary@Gottfriedlaw.com

_____
Richard B. Parry ( 0064777)
Attorney for Respondent
341 South Third Street Suite 101
Columbus, Ohio 43215
614-288-3582
parrylaws@yahoo.com