IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOLDI Y. CAPALUNGAN, | : | Case No. 2:18-cv-1276 |
| Plaintiff, | : | JUDGE SMITH |
| -vs- | : | MAGISTRATE JOLSON |
| EMMANUEL R. LEE, | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

Now comes Defendant, Emmanuel R. Lee by and through the undersigned legal counsel and hereby gives notice that Gregg R. Lewis has been retained as counsel of record herein.

Respectfully submitted,

BY: /s/ Gregg R. Lewis
GREGG R. LEWIS     0041229
Attorney for Defendant
625 City Park Avenue
Columbus, Ohio 43206-1003
(614) 221-3938
(614) 221-3713 facsimile
E-mail: grl@grlfamilylaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing instrument and/or document was served upon Plaintiff's Attorney, Gary J. Gottfried, 608 Office Parkway, Suite B., Westerville, Ohio 43082, by electronic mail, this 20th day of December 2018.

/s/ Gregg R. Lewis
GREGG R. LEWIS     0041229
Attorney for Defendant