# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GOLDI Y. CAPALUNGAN,**

      **Petitioner,**

  v.                          **Civil Action 2:18-cv-1276**
                                 **Judge George C. Smith**
                                 **Magistrate Judge Kimberly A. Jolson**

**EMMANUEL R. LEE,**

      **Respondent.**

## ORDER

On March 12, 2019, Respondent filed a Reply (Doc. 25) in support of his Motion for Summary Judgment.  The exhibits attached to Respondent's Reply contain private information that should be redacted pursuant to Federal Rule of Civil Procedure 5.2.  The Court therefore directs the Clerk to seal those exhibits, and **ORDERS** Respondent to file redacted versions of those exhibits that comply with Federal Rule of Civil Procedure 5.2 within 14 days of this Order.

IT IS SO ORDERED.

Date:  March 13, 2019                                /s/ Kimberly A. Jolson
                                                                  KIMBERLY A. JOLSON
                                                                  UNITED STATES MAGISTRATE JUDGE