**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GOLDI Y. CAPALUNGAN,**

        **Petitioner,**

    v.                                      **Civil Action 2:18-cv-1276
Judge George C. Smith
Magistrate Judge Kimberly A. Jolson**

**EMMANUEL R. LEE,**

        **Respondent.**

## ORDER

Consistent with the parties' request to reschedule the final pre-trial conference for April 3, 2019, the pretrial deadlines are amended as follows:

- On or before March 29, 2019, the parties shall exchange exhibit and witness lists;

- Before 5 P.M. on April 2, 2019, the parties shall file with the Court their final exhibit list, their final witness list, and any motions in limine; and

- On or before April 5, 2019, the parties shall file any pre-trial merits briefs.

Further, the Court **SETS** a final pre-trial conference for Wednesday, April 3 at 9:30 A.M. at the Joseph P. Kinneary United State Courthouse, 85 Marconi Boulevard, Room 235, Columbus, Ohio 43215.

    IT IS SO ORDERED.

Date:  March 28, 2019                                        /s/ Kimberly A. Jolson
                                                                     KIMBERLY A. JOLSON
                                                                     UNITED STATES MAGISTRATE JUDGE