AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Goldi Y. Capalugan <br> *Plaintiff* <br> v. <br> Emmanuel R. Lee <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:18-cv-1276 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Opinion and Order Adopting and Affirming the Report and Recommendation in that this case is Dismissed. The Court finds that Plaintiff's Objections are without merit and are hereby Overruled. The Court also finds that Plaintiff's Petition is hereby Denied.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 07/15/2019

CLERK OF COURT

/s/ Michelle D. Rahwan, Deputy Clerk
*Signature of Clerk or Deputy Clerk*